```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21733
   EVELYN P LOVE JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2434


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was dismissed without confirmation 02/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
BENEFICIAL ILLINOIS INC   CURRENT MORTG         .00            .00            .00
BENEFICIAL ILLINOIS INC   MORTGAGE ARRE      500.00            .00            .00
CARMAX AUTO FINANCE       SECURED VEHIC     8338.00            .00         200.00
CARMAX AUTO FINANCE       UNSECURED          322.27            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     3943.74            .00            .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED        NOT FILED           .00            .00
CHASE MANHATTAN BANK      UNSECURED        NOT FILED           .00            .00
CHASE MANHATTAN BANK      UNSECURED        NOT FILED           .00            .00
CITIBANK/SEARS            UNSECURED        NOT FILED           .00            .00
CIRCUIT COURT OF MAYWOOD  UNSECURED        NOT FILED           .00            .00
FIRST USA BANK            UNSECURED        NOT FILED           .00            .00
OAK PARK PHYSICIANS GROU  UNSECURED        NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,481.50                       935.71
TOM VAUGHN                TRUSTEE                                           95.05
DEBTOR REFUND             REFUND                                           395.39

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,626.15

PRIORITY                                              .00
SECURED                                            200.00
UNSECURED                                             .00
ADMINISTRATIVE                                     935.71
TRUSTEE COMPENSATION                                95.05
DEBTOR REFUND                                      395.39
                       ---------------      ---------------
TOTALS                 1,626.15                  1,626.15
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 21733 EVELYN P LOVE JOHNSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 21733 EVELYN P LOVE JOHNSON